PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE ___Eastern___ DISTRICT OF TEXAS
___Lufkin___ DIVISION

___Nickolas Wolfford 2281052___
Plaintiff's Name and ID Number

___Polunsky___
Place of Confinement

CASE NO. ___9:24cv43___
(Clerk will assign the number)

Amos Stetson

v.

___Zack Hawthorn; 104 N. 3rd St Lufkin TX 75901___
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plainti , must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **<u>DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.</u>** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

# CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

  B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: March 2023
   2. Parties to previous lawsuit:
      Plainti (s) Nicholas Wolford
      Defendant(s) Pam Fletcher, Hendricks Medical Center, Polunsky Unit
   3. Court: (If federal, name the district; if state, name the county.) Northern, Eastern
   4. Cause number: 1:23CV102-BU, 9:23CV48, 9:23CV43
   5. Name of judge to whom case was assigned: John Parker, Zack Hawthorn, Michael Truncale
   6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
   7. Approximate date of disposition: N/A

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: __Polunsky Unit__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?      ___ YES  _X_ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: __Nickohs Wolfford__
__3872 FM 350 S.__
__Livingston TX 77351__

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: __Zack Hawthorn, Magistrate Judge__
__104 North 3rd St. Lufkin, TX 75901__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
~~[scribbled out]~~ made False Orders to keep Plaintiff on Polunsky in Harmful conditions

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

[scratched-out handwritten text]

Made False Orders, to keep Plaintiff in Current Harmful Conditions

VI.  RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

In Suit # 9:23cv48 Venue to Supreme Court, Pay Plaintiff for Suffering [scratched out] ; And [scratched out] By Placing suit on State of Texas ETAL and United Texas medical Branch

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Nickolas Wolford, Nicholas Wolford

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1881554, 1968733, 2281052

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A  N/A YES N/A NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Zack Hawthorn
2. Case number: 9:23cv48
3. Approximate date warning was issued: October 2023

Executed on: 12/25/2023
(DATE)

_____
(Signature of Plainti )  2281052

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 25th day of December, 20 23.
         (Day)           (month)            (year)

_____
(Signature of Plainti )

**WARNING:** Plainti  is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Defendant: Zack Hawthorn

Defendant has refused Plaintiffs Right to enjoy Counsel and he Can see the Plaintiff has misspelled and has a lerning Disability and several mental Disorders and Needs Effective Assistance, then he has severed the Plaintiffs suit apart and Denied a motion for Reasons that Are false Plaintiff has Been Back on Polunsky now Since August 2023 and was Denied a Emergency Tranfer for Reasons stating he was not on the unit and The Plaintiffs wrote to him about this and he is keeping him in Harmful living Conditions by Doing so Sores in Nose, stomich leshens and Now Around his eyes, 5 pages of evedence is attached for Proof

Respectfully Submitted By

Nikolas Wolfford 2281052
3872 FM 350 S
Livingston TX 77351

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-48 |
| POLUNSKY UNIT, ET AL. | § | |

## ORDER

Pending before the court is Plaintiff's motion for an emergency transfer from the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division. Because Plaintiff is no longer confined at the Polunsky Unit, the motion for a transfer is moot. It is accordingly

**ORDERED** that Plaintiff's motion for an emergency transfer (document no. 22) is **DENIED** as moot.

SIGNED this 30th day of November, 2023.

_____
Zack Hawthorn
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-48 |
| POLUNSKY UNIT, ET AL. | § | |

ORDER

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are Plaintiff's motions for appointment of counsel.

As a general rule, a civil rights complainant does not have a right to appointment of counsel unless the case presents exceptional circumstances. *Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir. 1982). Exceptional circumstances include: (1) the type and complexity of the case; (2) the plaintiff's inability to adequately present his case; (3) the plaintiff's inability to adequately investigate his case; and (4) whether the evidence will consist in large part of conflicting testimony as to require skill in the presentation of evidence and in cross-examination. *Id.* at 213. The court should also consider whether appointment of counsel will benefit the plaintiff, the court, and the defendants by "shortening the trial and assisting in just determination." *Murphy v. Kellar,* 950 F.2d 290, 293 n. 14 (5th Cir. 1992).

In this case, the questions of fact are routine, and the applicable law is well-settled. The case does not present complex factual or legal issues. There is no reason to believe that Plaintiff will be unduly hindered in presenting his case without the assistance of counsel. It is evident from the

quality of the pleadings that Plaintiff has been able to articulate his claims. Thus, it is not necessary to appoint an attorney to present the claims to the court at this time. It is accordingly

**ORDERED** that Plaintiff's motions for appointment of counsel (doc. #52-2 and #57-1) are **DENIED**.

SIGNED this 30th day of November, 2023.

Zack Hawthorn
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-48 |
| POLUNSKY UNIT, ET AL. | § | |

ORDER

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion to sever. Plaintiff requests the court to sever claims into a new civil action, but it is unclear which claims against which Defendants Plaintiff is attempting to sever. It is accordingly

**ORDERED** that Plaintiff's motion to sever (document no. 45) is **DENIED**.

SIGNED this 30th day of November, 2023.

_____
Zack Hawthorn
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-48 |
| POLUNSKY UNIT, ET AL. | § | |

<u>ORDER</u>

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are Plaintiff's motions to correct defendants.

Plaintiff wants to add Aden Enrriques, Paul Reilley, and the University of Texas Medical Branch as Defendants to this action. Paul Reilley is already identified as a Defendant, so the motions are moot with respect to him. The motions should be denied with respect to the University of Texas Medical Branch because it is immune from suit. *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 98-99 (1984) (holding that the Eleventh Amendment prohibits a citizen of a state from bringing an action in federal court against his own state or against a state agency or department). The motions should also be denied with respect to Aden Enrriques because Plaintiff has not alleged any facts showing his involvement in the claims that form the basis of Plaintiff's complaint. It is accordingly

**ORDERED** that Plaintiff's motions to correct defendants (document nos. 39, 42, 44, 52-1, and 57-2) are **DENIED**.

SIGNED this 30th day of November, 2023.

Zack Hawthorn
United States Magistrate Judge

Nicholas Wolfe #2351052
Polunsky Unit
3872 FM 350 S.
Livingston, TX

5

Clerk O,Tool
Eastern 104
North 3rd St
Lufkin, TX 75901

Legal mail

USDC O'Tool
104 N 3rd St
Lufkin TX
75902

CLERK, U.S DISTRICT COURT
RECEIVED
FEB 26 2024
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

