IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICKOLAS WOLFFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:24cv43 |
| ZACK HAWTHORN | § | |

## ACKNOWLEDGMENT OF DISMISSAL

Plaintiff has filed a Notice of Dismissal (doc. #5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing parties served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the party's voluntary dismissal.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 21st day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE